WILLIAM A. GREENFIELD et al., Respondents, *v.* ABE BRODY et al., Appellants.

*Greenfield* v. *Brody*, 139 App. Div. 936, affirmed.
(Argued January 31, 1912; decided February 20, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 6, 1910, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien.

*Edward Lazansky* and *Adolph Benevy* for appellants.

*Albert A. Hovell* and *Harry W. McChesney* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.

---

ROSSINEY PRINGLE, Appellant, *v.* GEORGE DEAN et al., Respondents.

*Pringle* v. *Dean*, 137 App. Div. 931, affirmed.
(Argued January 30, 1912; decided February 20, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 26, 1910, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action to abate an alleged nuisance and for damages.

*F. T. Cahill* and *Charles N. Bulger* for appellant.

*Merrick Stowell* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.